UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLAN RYAN, ET AL, : | |
| : | Civil Action No. 08-529(KSH) |
| Plaintiffs, : | |
| : | |
| v. : | ORDER ON INFORMAL APPLICATION |
| : | |
| DIMITRIOS S. TSEPERKAS, ET AL., : | |
| : | |
| Defendants : | |

This matter having come before the Court for a telephone conference on the record on June 12, 2009;

and the parties advising the Court of the status of discovery, the mediation, and settlement;

and for the reasons discussed on the record;

and for good cause shown,

IT IS ON THIS 12TH day of June, 2009

ORDERED that,

IT IS FURTHER ORDERED that, no later than **June 15, 2009**, defendants Tseperkas and DTF shall produce copies of the log book requested at their depositions;

IT IS FURTHER ORDERED that, no later than **June 15, 2009**, plaintiffs shall issue a subpoena returnable on July 6, 2009 to the accountant for defendants Tseperkas and DTF for documents reflecting expenses related to among other things, trips and money received from defendant State Materials.  Defendants Tsperkas and DTF shall notify the accountant that the subpoena will be served so that the accountant can begin to gather the documents;;

IT IS FURTHER ORDERED that State Materials shall serve a discovery demand upon Redland for a sample of the shrink wrap used to wrap the bricks at issue in his case;

IT IS FURTHER ORDERED that the affirmative experts may be deposed on a date before the responsive expert report is required to be disclosed;

IT IS FURTHER ORDERED that issues for which a choice of law is required shall be listed in the legal issues section of the joint proposed final pretrial order;

IT IS FURTHER ORDERED that the parties may request a telephone conference if needed to discuss the discoverability of settlement amounts; and

IT IS FURTHER ORDERED that all deadlines remain unchanged.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**